Disposition of·Petitions for Discretionary Review Under G.S. 7A-31

| State v. Watkins<br><br>Case Below:<br>169 N.C. App. 518 | No. 208P05 | 1.  AG's Motion for Temporary Stay (COA04-295) | 1. Allowed **04/19/05** Stay Dissolved **11/03/05** |
|---|---|---|---|
| | | 2.  AG's Petition for Writ of Supersedeas | 2. Denied 11/03/05 |
| | | 3.  AG's PDR Under N.C.G.S. § 7A-31 | 3. Allowed for remand to COA in light of *State v. Jones*, 359 N.C. 832 (2005) |
| | | 4.  Def's NOA Based Upon a Constitutional Question | 4. —— |
| | | 5.  AG's Motion to Dismiss Appeal | 5. Allowed 11/03/05 |
| | | 6.  Def's Conditional PDR Under N.C.G.S. § 7A-31 | 6. Denied 11/03/05 |
| State v. Watts<br><br>Case Below:<br>172 N.C. App. 58 | No. 449P05 | AG's Motion for Temporary Stay | Allowed Pending Determination of the State's PDR 08/22/05 |
| State v. Webb<br><br>Case Below:<br>172 N.C. App. 594 | No. 450P05 | AG's Motion for Temporary Stay (COA04-103) | Allowed 08/24/05 |
| State v. Wilder<br><br>Case Below:<br>172 N.C. App. 174 | No. 503P05 | Def's Motion to be Allowed to Withdraw PDR Under N.C.G.S. § 7A-31 (COA04-589) | Allowed 09/16/05 |
| State v. Windley<br><br>Case Below:<br>173 N.C. App. 187 | No. 259P05 | AG's Motion for Temporary Stay (COA04-588) | Allowed Pending Determination of the State's PDR 09/26/05 |
| State v. Wissink<br><br>Case Below:<br>172 N.C. App. 829 | No. 484P05 | AG's Motion for Temporary Stay (COA04-1081) | Allowed Pending Determination of PDR 09/01/05 |